No. 00–1142. ILLINOIS v. DELAWARE. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 00–1192. SMITH ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–1195. SUMMERVILLE v. TRANS WORLD AIRLINES, INC. C. A. 8th Cir. Certiorari denied.

No. 00–1232. SANDOVAL v. O'NEILL, SECRETARY OF THE TREASURY. C. A. 9th Cir. Certiorari denied.

No. 00–1245. ROSARIO v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–1246. REED v. DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT. C. A. 9th Cir. Certiorari denied.

No. 00–1259. NOLAND v. HENDERSON, POSTMASTER GENERAL. C. A. 4th Cir. Certiorari denied.

No. 00–1262. SHOSHONE-BANNOCK TRIBES v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–1284. HILL v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–1291. ARCHER-DANIELS-MIDLAND CO. v. AJINOMOTO CO., INC. C. A. Fed. Cir. Certiorari denied.

No. 00–1302. NEBRASKA v. SHEETS. Sup. Ct. Neb. Certiorari denied.

No. 00–1317. CRITICAL-VAC FILTRATION CORP. v. MINUTEMAN INTERNATIONAL, INC. C. A. 2d Cir. Certiorari denied.

No. 00–1378. STEWART ET AL. v. BIRMINGHAM NEWS CO.; and HORN v. BIRMINGHAM NEWS CO. Sup. Ct. Ala. Certiorari denied.

No. 00–1385. AIR LINE PILOTS ASSN., INTERNATIONAL, ET AL. v. DELTA AIR LINES, INC. C. A. 11th Cir. Certiorari denied.